| | |
|---|---|
| Jeanna M. Wacker (admitted *pro hac vice*) | Don J. Mizerk (SBN: 208477) |
| jeanna.wacker@kirkland.com | HUSCH BLACKWELL LLP |
| Christopher Jagoe (admitted *pro hac vice*) | 120 South Riverside Plaza, Suite 2200 |
| christopher.jagoe@kirkland.com | Chicago, Illinois 60606 |
| Sam Kwon (admitted *pro hac vice*) | |
| sam.kwon@kirkland.com | 1999 Harrison Street, Suite 700 |
| Christopher Ilardi (admitted *pro hac vice*) | Oakland, CA 94612 |
| chris.ilardi@kirkland.com | Telephone: (312) 655 1500 |
| KIRKLAND & ELLIS LLP | Facsimile: (312) 655 1501 |
| 601 Lexington Avenue | don.mizerk@huschblackwell.com |
| New York, NY 10022 | |
| Tel. (212) 446-4800 | *Attorney for Defendant* |
| Fax (212) 446-4900 | *Handa Oncology, LLC* |

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel. (415) 439-1400
Fax (415) 439-1500

*Counsel for Plaintiff*
*Bristol-Myers Squibb Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, | CASE NO. 3:22-CV-06968-TLT |
| Plaintiff, | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| v. | |
| HANDA ONCOLOGY, LLC, | |
| Defendant. | |

Pursuant to Local Patent Rule 4-3 and the Scheduling Order (Dkt. 35), Plaintiff Bristol-Myers Squibb Company ("BMS") and Defendant Handa Oncology, LLC ("Handa") submit this Joint Claim Construction and Prehearing Statement regarding U.S. Patent Nos. 7,491,725 (the "'725 Patent") and 8,680,103 (the "'103 Patent"). Copies of the '725 and '103 Patents are filed on the docket at ECF Nos. 1-1 and 1-2, respectively.

I.   **LOCAL PATENT RULE 4-3(A): AGREED CONSTRUCTIONS**

The parties agree on the following constructions:

| Term | Agreed Construction |
|---|---|
| "therapeutically effective amount" (appears in '725 Patent claims 4, 13–14) | An amount that, when administered alone or an amount when administered with an additional therapeutic agent, is effective to prevent, suppress or ameliorate the disease or condition or the progression of the disease or condition. |
| "therapeutically acceptable amount" (appears in '103 Patent claim 1) | An amount that, when administered alone or an amount when administered with an additional therapeutic agent, is effective to prevent, suppress or ameliorate the disease or condition or the progression of the disease or condition. |

## II.  LOCAL PATENT RULE 4-3(B): DISPUTED TERMS, PROPOSED CONSTRUCTIONS, AND SUPPORTING EVIDENCE

Each party's proposed construction of each disputed term (and/or statement that no special construction is necessary), and an identification of intrinsic and extrinsic evidence is attached as Appendix A.

## III.  LOCAL PATENT RULE 4-3(C): MOST SIGNIFICANT TERMS

The parties agree that there are no disputed terms whose construction will be most significant to the resolution of the case and there are no disputed terms whose construction will be case or claim dispositive.

## IV.  LOCAL PATENT RULE 4-3(D): ANTICIPATED HEARING LENGTH

The parties propose that the Claim Construction Hearing consists of a two-hour presentation, with one hour allotted to each side.

## V.  LOCAL PATENT RULE 4-3(E): PROPOSED WITNESSES

The parties do not propose to call any witnesses at the Claim Construction Hearing.

## VI.  LOCAL PATENT RULE 4-3(F): REQUESTED FACTUAL FINDINGS

The parties do not request any factual findings for the purposes of claim construction.

DATED: June 5, 2023

/s/ Yan-Xin Li

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel. (415) 439-1400
Fax (415) 439-1500

Jeanna M. Wacker (admitted *pro hac vice*)
jeanna.wacker@kirkland.com
Christopher Jagoe (admitted *pro hac vice*)
christopher.jagoe@kirkland.com
Sam Kwon (admitted *pro hac vice*)
sam.kwon@kirkland.com
Christopher Ilardi (admitted *pro hac vice*)
chris.ilardi@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4679

*Attorneys for Plaintiff*
*Bristol-Myers Squibb Company*

/s/ Don J. Mizerk

Don J. Mizerk (SBN: 208477)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606

1999 Harrison Street, Suite 700
Oakland, CA 94612
Telephone: (312) 655 1500
Facsimile: (312) 655 1501
don.mizerk@huschblackwell.com

*Attorney for Defendant*
*Handa Oncology, LLC*

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

/s/ Yan-Xin Li

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel. (415) 439-1400
Fax (415) 439-1500