UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRISTOL-MYERS SQUIBB COMPANY,

    Plaintiff,

  v.

HANDA ONCOLOGY, LLC,

    Defendant.

Civil Action No. 3:22-cv-06968-TLT

**STIPULATION AND ORDER OF DISMISSAL**

    WHEREAS, Plaintiff Bristol-Myers Squibb Company has asserted certain claims with respect to United States Patent Nos. 7,491,725 and 8,680,103 against Defendant Handa Oncology, LLC;

    WHEREAS the parties have resolved all outstanding issues between them relating to this action:

    IT IS this  16  day of    June , 2023

    ORDERED, ADJUDGED AND DECREED as follows:

    1.    All claims, counterclaims, and defenses asserted by any of the undersigned parties against any other undersigned party in the above matter are dismissed without prejudice.

    2.    Each party shall bear its own costs and attorneys' fees.

    3.    This Court retains jurisdiction to enforce this Stipulation and Order of Dismissal, and any other agreements between the parties related to this Stipulation and Order of Dismissal.

    4.    By July 17, 2023, the parties shall file a joint status report updating the Court on the status of the parties' agreement and notifying the Court whether the parties request that the Court continue to retain jurisdiction.

1  We consent to the form and entry of the foregoing Stipulation and Order of Dismissal.

2

| /s/ Yan-Xin Li | /s/ Don J. Mizerk |
|---|---|
| Jeanna M. Wacker (admitted *pro hac vice*)<br>jeanna.wacker@kirkland.com<br>Christopher Jagoe (admitted *pro hac vice*)<br>christopher.jagoe@kirkland.com<br>Sam Kwon (admitted *pro hac vice*)<br>sam.kwon@kirkland.com<br>Christopher Ilardi (admitted *pro hac vice*)<br>chris.ilardi@kirkland.com<br>KIRKLAND & ELLIS<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800<br><br>Yan-Xin Li (SBN 332329)<br>yanxin.li@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel. (415) 439-1400<br>Fax (415) 439-1500<br><br>*Attorneys for Plaintiff*<br>*Bristol-Myers Squibb Company* | Don J. Mizerk (SBN: 208477)<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, Illinois 60606<br><br>1999 Harrison Street, Suite 700<br>Oakland, CA 94612<br>Telephone: (312) 655 1500<br>Facsimile: (312) 655 1501<br>don.mizerk@huschblackwell.com<br><br>*Attorneys for Defendant Handa Oncology LLC* |

Dated: June 16, 2023

**SO ORDERED**:

_____
TRINA L. THOMPSON
United States District Judge